# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| LUIS ALBERTO PIZARRO QUIÑONES | ) | Case No. 22-1610 (M) |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 12/30/2022 in the county of ---- in the ---- District of Puerto Rico, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(o) | Possession of a machine-gun |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT. The government is seeking detention
Reviewed by SAUSA Carlos J. Romo Aledo

☑ Continued on the attached sheet.

*Complainant's signature*

Alejandro Ramos FBI Special Agent
*Printed name and title*

Suscribed and Sworn pursuant to FRCP 4.1 at 10:20a.m. by telephone on:

Date: 12/31/2022

Digitally signed by Hon. Bruce J. McGiverin

*Judge's signature*

City and state: San Juan, Puerto Rico

Hon. Bruce J McGiverin, Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

I, Special Agent Alejandro Ramos, being first duly sworn, hereby depose and state as follows:

### BACKGROUND

1. I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations and to make arrests for federal felony and misdemeanor offenses.

2. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since August 2021. Through investigations and experiences, I have taken part in cases relating to the gangs, drug trafficking, firearms trafficking, possession of illegal firearms, and other violations. Additionally, I received training in cyber security, cybercrime, and digital forensics. Prior to my role as a Special Agent, I was assigned as a Tactical Specialist where I conducted social media exploitation and digital evidence review. The details and information stated herein are a compilation of facts and events investigated by me and other Law Enforcement Officers, who investigated and confirmed their veracity or oversaw their development.

3. I am personally familiar with the facts and circumstances surrounding this investigation from information obtained from other law enforcement officers with personal knowledge of the facts. The following information was obtained and provided to me by Task Force Officers assigned to the FBI SJSSTF. Since this affidavit is submitted only for the limited purpose of securing the warrant sought, I have not set forth each and every fact known to me concerning this investigation. I have included what I believe are the facts sufficient to establish probable cause for the warrant sought.

4. Based on my training and experience and the facts set forth below in this affidavit, there is probable cause to believe Luis Pizarro Quiñones (hereinafter PIZARRO QUIÑONES) violated Title 18, United States Code, Section 922(o).

**FACTS SUPPORTING PROBABLE CAUSE
AND ISSUANCE OF AN ARREST WARRANT**

5. During the afternoon hours of December 30, 2022, Police of Puerto Rico (POPR), Motorized Unit Officers were patrolling Sector Villa Cañona in Loiza, Puerto Rico as part of their preventative law enforcement action.

6. While patrolling Sector Villa Cañona, the officers noticed a vehicle make an improper turn between Villa Cañona and Las Cuevas Sector to avoid the red light. Based on the traffic infraction made in their presence, the officers conducted a traffic stop on the vehicle.

7. The vehicle complied with the officer's commands by stopping and lowering the vehicle windows. One officer approached from the driver side, while another approached from the passenger side. The officers observed three individuals in the vehicle: an individual seated on the driver's side, an individual in the front passenger side, and an individual seating in the rear passenger side behind the front passenger. The driver side officer asked the driver to provide his driver's license. The driver told the officer he did not have a driver's license. PIZARRO QUIÑONES, who is a passenger seating in the rear seat behind the front passenger, said he had a driver's license.

8. The officers instructed the driver and PIZARRO QUIÑONES to switch places so that PIZARRO QUIÑONES can drive because PIZARRO QUIÑONES had a driver's license. The driver and PIZARRO QUIÑONES exit the vehicle and switched places. As PIZARRO QUIÑONES left the vehicle through the rear passenger side, PIZARRO QUIÑONES left the door open.

9. During the passenger swap, the passenger side officer noticed a strap laying on the rear floor which was tucked under the front passenger seat. The officer asked the driver if that was a strap for a rifle, whereby the driver responded in the negative and said that it was a handbag. The officer asked the driver to pull on the strap. Thereafter, the driver asked PIZARRO QUIÑONES if he could remove the handbag. PIZARRO QUIÑONES granted the driver permission to remove the handbag.

10. When the driver pulled the strap, a handbag (hereinafter the "Handbag") and a handgun emerged. The officers immediately arrested all three individuals, including PIZARRO QUIÑONES.

11. The officers transported PIZARRO QUIÑONES, along with the other two individuals, to the POPR Motorized Unit precinct in Trujillo Alto, Puerto Rico for processing. The handgun and vehicle were also transported to the same precinct.

12. The officers conducted an inventory of the evidence. Among the evidence seized was the Handbag which had a strap, black in color, and contained a wallet with cartoon imprints and two identification cards for PIZARRO QUIÑONES and one copy of PIZARRO QUIÑONES's Social Security Card. The Handbag also contained 10 pistol magazines for .40 caliber ammunition and one round of .223 ammunition. Please see the photographs in Attachment A-1.

13. One loaded black Glock, Model 23, .40 caliber pistol, with serial number BATH648 and a green handle strap was also seized. According to the officer's statement, this was the firearm he observed when the driver pulled the strap that was tucked under the front passenger seat above-mentioned. The officer also stated that the firearm appeared to be altered to fire automatically. Please see the photographs in Attachment A-2.

14. The Handbag and the pistol above-mentioned, along with another firearm and evidence were seized by the FBI from POPR and transported to the FBI San Juan Field Office.

15. On December 31, 2022, at approximately 8:55am, Special Agent Robert Maj, who has a Firearm Certification from FBI Special Weapons and Tactics (SWAT) conducted a dry-fire test of the black Glock, Model 23, .40 caliber pistol, with serial number BATH648 and a green handle strap, and determined it had been modified to allow it to shoot automatically.

## **CONCLUSION**

16. Based upon my training, experience, and the above facts, I respectfully submit there is sufficient probable cause to show PIZARRO QUIÑONES committed a violation of Title 18, United States Code, Section 922(o), unlawful possession of a machinegun.

I hereby declare, under penalty of perjury, that the information contained in this Affidavit is known to be true and correct to best of my knowledge.

*Space left blank intentionally*

Subscribed and sworn before me pursuant to FRCP 4.1 at 10:20 a.m. by telephone, this 31st day of December 2022.

_____
Alejandro Ramos
Special Agent
Federal Bureau of Investigation

Digitally signed by Hon. Bruce J. McGiverin

_____
Hon. Bruce J. McGiverin
United States Magistrate Judge
District of Puerto Rico

## ATTACHMENT A-1

Photographs of the Handbag, described in the Affidavit above, along with its contents, including one wallet with identification cards and 10 pistol magazines for .40 caliber ammunition.







## ATTACHMENT A-2

Photographs of the modified black Glock, Model 23, .40 caliber pistol, with serial number BATH648 and a green handle strap.






7

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| United States of America | ) |
|---|---|
| v. | ) |
| LUIS ALBERTO PIZARRO QUIÑONES | ) Case No. 22-1610 (M) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* LUIS ALBERTO PIZARRO QUIÑONES,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☑ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 922(o) Possession of a machine-gun

Date: 12/31/2022

*Issuing officer's signature*

City and state: San Juan, Puerto Rico        Hon. Bruce J McGiverin, Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

Alejandro Ramos FBI Special Agent
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:    LUIS ALBERTO PIZARRO QUIÑONES

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:      Weight:

Sex:      Race:

Hair:      Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: